# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135442

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

FRANK J. MATTOON,
        Defendant-Appellant.

SC: 135442
COA: 272549
Kalkaska CC:  04-002461-FC

_____/

      On order of the Court, the application for leave to appeal the October 18, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

Clerk

p0317